```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION


Fredericka Wagner, et al.,       :

        Plaintiffs,              :

        v.                       :     Case No.  2:08-cv-431

Circle W Mastiffs, et al.,       :     JUDGE SMITH

        Defendants.              :

Craig W. Williamson,             :

        Plaintiff,               :

        v.                       :     Case No. 09-cv-172

American Mastiff Breeders        :     JUDGE SMITH
Council, et al.,

        Defendants.              :
```

MEMORANDUM OF
FIRST PRETRIAL CONFERENCE

This matter came before the Court on May 14, 2009 at 3:00 p.m. at the First Pretrial Conference pursuant to notice and in accordance with Rule 16 of the Federal Rules of Civil Procedure.  Counsel appeared as follows:

    For the Plaintiffs:

    Kenneth J. Rubin

    For the Defendants:

    Matthew Lawrence Schrader
    Stephen S. Kent

The following matters were considered:

A.  VENUE AND JURISDICTION

The Williamson parties do not agree that the Court has jurisdiction over them but recognize that the Court has ruled against them on that issue.

B.  PARTIES AND PLEADINGS

Any motion to amend the pleadings or to join parties shall be filed by October 29, 2009.

C.  MOTIONS

Motions to dismiss, for judgment on the pleadings, and to stay discovery are pending.

D.  ISSUES

The issues in these cases are more fully described in the Court's Opinion and Order of March 25, 2009.

E.  DISCOVERY PROCEDURES

The Court will confer with the parties to establish a firm discovery schedule once the pending motions have been resolved.

F.  OTHER MATTERS

No other matters not recited above were considered that are pertinent to this pretrial order.

If the foregoing does not accurately record the matters considered and the agreements reached at the conference, counsel will please immediately make their objection in writing.  If any date set in this order falls on a Saturday, Sunday or legal holiday, the date is automatically deemed to be the next regular business day.

/s/ Terence P. Kemp
United States Magistrate Judge