IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Fredericka Wagner, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:08-cv-00431 |
| v. | : | Judge Smith |
| Circle W Mastiffs, | : | Magistrate Judge Kemp |
| Defendant | : | |
| | : | |
| Craig W. Williamson, | : | |
| | | Civil Action 2:09-cv-00172 |
| Plaintiff | : | |
| | | Judge Smith |
| v. | : | |
| | | Magistrate Judge Kemp |
| American Mastiff Breeders Council, *et al.*, | : | |
| | : | |
| Defendants | | |

# ORDER

Tammy Venkler and Candace Ware are ORDERED to make a status report or telephone my Chambers (614.719.3370) to speak with me within fourteen (14) days of the date of this Order. Failure to comply with this Order may result in default being entered them for failing to defend- this action.

s/Mark R. Abel<br>
United States Magistrate Judge