UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Fredericka Wagner, *et al.*,

        Plaintiffs,

                                        Case No. 2:08-CV-00431

v.                                     JUDGE SMITH
                                        Magistrate Judge Kemp

Circle W Mastiffs, *et al.*,

        Defendants.


Craig W. Williamson,

        Plaintiff,

                                        Case No. 2:09-CV-00172

v.                                     JUDGE SMITH
                                        Magistrate Judge Kemp

American Mastiff Breeders
Council, *et al.*,

        Defendants.

## <u>ORDER</u>

In the March 31, 2014 Opinion and Order, the Court directed Plaintiffs, the Williamsons, to evaluate the remaining claims in this case and timely advise the Court as to whether they intend to pursue any of the remaining claims. On April 23, 2014, Craig Williamson filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2), seeking dismissal of the remaining claims against Fredericka Wagner, Flying W Farms, American Mastiff Breeders Council, LLC ("AMBC"), Connie Hammond, Sandy Berger, Kevin Ware, and Melanie Ware in Case No. 2:08-cv-431. Plaintiff asserts that he has reached settlement agreements with Flying W Farms, Fredericka Wagner, Sandy Berger, Kevin Ware, and Melanie Ware, and that he does not intend to pursue his claims against either Connie Hammond or the AMBC. Accordingly, the Court **GRANTS** Plaintiff's motion. Plaintiff's remaining claims against Kevin Ware, Melanie

Ware, the AMBC, Sandy Berger, and Connie Hammond are hereby **DISMISSED with prejudice**. No claim remains pending in this matter, and the Clerk shall enter final judgment.

The Clerk shall remove Document 229 in Case No. 2:08-cv-431 from the Court's pending motions list.

The Clerk shall remove Case No. 2:08-cv-431 from the Court's pending cases list.

**IT IS SO ORDERED.**

*s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**